

FILED

09 MAR 13 PM 2:26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McGHEE DUCLOS, CDCR #F-5576,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>JESUS RAMIREZ, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 07-CV-1805 W (JMA)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 16) AND GRANTING DEFENDANTS' MOTION TO DISMISS (DOC. NO. 11)** |

On September 14, 2007, Plaintiff McGhee Duclos, a California prisoner proceeding pro se, filed this civil-rights complaint pursuant to 42 U.S.C. § 1983. The lawsuit arises out of an automobile accident that occurred while Plaintiff was being transported in a state vehicle from the R. J. Donovan Correctional Facility to Alvarado Medical Center.

On July 3, 2008, Defendants filed a Motion to Dismiss the Complaint. Plaintiff did not file an opposition. On February 6, 2009, Magistrate Judge Jan M. Adler issued a Report and Recommendation ("Report"), recommending that the Court grant Defendants' motion to dismiss. The Report also ordered that any objections were to be filed by February 27, 2009, and any reply filed by March 9, 2009. To date, no objection has been filed, nor has there been a request for additional time in which to file an objection.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation. See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(holding that 28 U.S.C. 636(b)(1)(c) "makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made,* but not otherwise")(emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Arizona 2003) (concluding that where no objections were filed, the District Court had no obligation to review the magistrate judge's Report). This rule of law is well established within the Ninth Circuit and this district. See Wang v. Masaitis, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005)("Of course, de novo review of a R & R is **only** required when an objection is made to the R & R.")(emphasis added)(citing Renya-Tapia, 328 F.3d 1121); Nelson v. Giurbino, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopted Report without review because neither party filed objections to the Report despite the opportunity to do so, "accordingly, the Court will adopt the Report and Recommendation in its entirety."); see also Nichols v. Logan, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

The Court therefore accepts Judge Adler's recommendation, and **ADOPTS** the Report in its entirety. For the reasons stated in the Report (Doc. No. 16), which is incorporated herein by reference, the Court **GRANTS** Defendants' motion to dismiss (Doc. No. 11) without prejudice.

The Clerk of the Court shall close the district court file.

**IT IS SO ORDERED.**

DATE: March 13, 2009

HON. THOMAS J. WHELAN
United States District Court
Southern District of California